**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6381**

_____

MARK FOWLER,

        Petitioner - Appellant,

    v.

KENNY ATKINSON,

        Respondent – Appellee,

    and

CRAIG APKER,

        Respondent.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (5:14-hc-02070-BO)

_____

Submitted: August 25, 2016      Decided: August 30, 2016

_____

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark Fowler, Appellant Pro Se. Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Fowler, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2012) petition and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm.[*] Fowler v. Atkinson, No. 5:14-hc-02070-BO (E.D.N.C. Jan. 28, 2016 & Feb. 25, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent that Fowler characterizes his informal brief as a petition for writ of mandamus, mandamus is not a substitute for appeal. United States v. Moussaoui, 333 F.3d 509, 517 (4th Cir. 2003).